From:
Anna Markhotok
14033 32nd ave NE, apt. 705
Seattle, WA 98125

To: Zembezia Film, Ltd. V. Does 1-66
US District Court for Western District
of Washington
Docket No.: 2:13-cv-00309, Feb.25, 13  RAJ/RSL
Comcast File#: 456534

Your Honor,

Yesterday we were very surprised to receive a letter from Comcast stating that Zembezia Film, Ltd. V. Does 1-66, filed a federal lawsuit against us for, as they state, unauthorized uploading their movie through the internet. We are writing this letter to state **that no one in my family had never done such a downloading, and that we had knew about the existence of such a movie only from yesterday's letter from Comcast**. We believe that this is either mistake, or if not, then possibly could happen because our computer ID was somehow stolen and used by someone illegally.

We use wireless internet and live in the building surrounding by many big apartment complexes, parking lots, and a park. All this is in the close proximity to our building, so a computer hijacking could be possible. We are always cautious about such things, keep our passwords in secret and use updated anti-spyware protecting programs in our computer. We hoped that ours or computer identities are safe. We are very sorry if this still somehow did not work. We are planning to fortify our computer ID protection even more with the most updated programs immediately in hope that this will work better.

We ask your honor to dismiss this case as we did not do this downloading, as well, to the best of our knowledge, anything wrong that could lead to this downloading.

Thank you very much for your attention and understanding.

Sincerely,
A. Markhotok.

Aprril 24, 2013.

FILED
LOGED
RECEIVED / **MAIL**

APR 25 2013

CLERK U.S. DISTRICT COURT
AT SEATTLE
BY WESTERN DISTRICT OF WASHINGTON
DEPUTY

13-CV-00309-EXH

 **COMCAST**

NE&TO
650 Centerton Road
Moorestown, NJ 08057
866-947-8572 Tel
866-947-5587 Fax

April 15, 2013

*Personal and Confidential*

*Via UPS & USPS Delivery*

ANA MARKHOTOK
14033 32ND AVE NE APT 705
SEATTLE, WA 98125-3685

> Re:  *Zembezia Film, Ltd. v. Does 1-66*
>       United States District Court for the Western District of Washington
>       Docket No.: 2:13-cv-00309
>       Order Entered:  February 25, 2013
>       Comcast File #:  456534

Dear Ana Markhotok:

Zembezia Film, Ltd. has filed a federal lawsuit in the United States District Court for the Western District of Washington. You have been identified in our records via your assigned Internet Protocol ("IP") address, which is unique to each internet user, in this lawsuit for allegedly infringing Zembezia Film, Ltd.'s copyrights on the Internet by uploading or downloading a movie without permission. This was allegedly done using a device assigned the IP address 76.28.192.131 on 10/29/12 01:19:55 AM GMT. The court has ordered Comcast to supply your name, address and other information to Zembezia Film, Ltd. in the attached Order and accompanying Subpoena. The case has been assigned Docket Number 2:13-cv-00309 by the court. If you have any questions about the lawsuit, you should consult an attorney immediately. **Comcast cannot and will not provide any legal advice.**

Comcast will provide your name, address, and other information as directed in the Order and Subpoena unless you or your attorney file a protective motion to quash or vacate the Subpoena in the court where the subpoena was issued **no later than May 15, 2013**. If you make this filing, you must notify Comcast in writing with a copy and proof of filing by sending it via fax to (866) 947-5587 **no later than May 15, 2013**. Please note that Comcast cannot accept or file any legal action on your behalf. If you do not file a motion to quash or vacate the Subpoena by this date, or if you fail to notify Comcast of your filing by this date, Comcast will provide your name, address and other information as directed in the Order to the Plaintiff.

If you have legal questions about this matter, please contact an attorney.

Sincerely yours,

Comcast Legal Response Center

Attachments:   Copy of Subpoena and accompanying Court Order regarding civil action

U.S. POSTAGE
PAID
SEATTLE,WA
98125
APR 24,13
AMOUNT
$6.11
00036635-08

UNITED STATES
POSTAL SERVICE

1000

98101

CERTIFIED MAIL

7011 1150 0001 9866 8903

U.S. District Court
Clerk's office
700 Stewart st., Suite 2310
Seattle, WA 98101

98101444285

A. Markhotok
14033 32nd ave NE a.705
Seattle WA 98125

RETURN RECEIPT
REQUESTED