UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ZEMBEZIA FILM LTD.,

    Plaintiff,

  v.

DOES 1 - 66,

    Defendants.

Case No.  C13-0309RAJ-RSL

ORDER QUASHING SUBPOENA

        This matter comes before the Court on a letter seeking to quash a subpoena issued to Comcast and to dismiss the above-captioned matter.  Dkt. # 8.  The subpoena appears to be moot as it relates to IP address 76.28.192.131.  The Court granted leave for preliminary discovery for the purpose of identifying the Doe defendants:  that purpose has now been accomplished insofar as Anna Markhotok is concerned.  Plaintiff has the information it needs to serve Doe 58.

        Quashing the subpoena will not, however, end or preclude this action for copyright infringement.  To the contrary, plaintiff will then have an opportunity to affect personal service of the complaint, at which point defendant may file a response.[1]

---

[1] If and when service is accomplished on Ms. Markhotok, she may want to review Fed. R. Civ. P. 12 when evaluating her options for presenting defenses and objections.

ORDER QUASHING SUBPOENA - 1

1       For all of the foregoing reasons, the subpoena issued to Comcast regarding IP address 76.28.192.131 is QUASHED as moot.

      Dated this 2nd day of May, 2013.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER QUASHING SUBPOENA - 2